UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 24/7 CUSTOMER, INC., <br><br> Plaintiff, <br><br> v. <br><br> 24-7 INTOUCH, et al., <br><br> Defendants. | Case No. 5:14-cv-02561-EJD <br><br> **ORDER RE: PLAINTIFF'S MOTION TO RESET CASE SCHEDULE** <br><br> Re: Dkt. Nos. 96, 97, 104 |

As to Plaintiff 27/7 Customer, Inc.'s motion to reset the case schedule (Docket Item No. 96), the court orders as follows:

1. The motion to shorten time for hearing the motion to reset the case schedule (Docket Item No. 97) is DENIED.  However, the hearing on the motion to reset the case schedule is ADVANCED from May 19, 2016 to **10:00 a.m. on January 28, 2016.**

2. Any opposition to the motion to reset the case schedule shall be filed on or before **January 14, 2016**, and shall not exceed 5 pages in length.  Any reply to the opposition shall be filed on or before **January 21, 2016**, and shall not exceed 5 pages in length.  The parties' stipulation filed on December 21, 2015 (Docket Item No. 104) is DENIED.

3. The Case Management Conference scheduled for January 14, 2016, is CONTINUED to **10:00 a.m. on January 28, 2016.**

**IT IS SO ORDERED.**

Dated: December 22, 2015

EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-02561-EJD
ORDER RE: PLAINTIFF'S MOTION TO RESET CASE SCHEDULE