1  GEORGE A. RILEY (S.B. #118304)
   griley@omm.com
2  MARK E. MILLER (S.B. #130200)
   markmiller@omm.com
3  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff
   24/7 Customer, Inc.
8

**IT IS SO ORDERED**
*Judge Edward J. Davila*
DATED: 1/12/2016

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| 24/7 Customer, Inc., | Case No. 14-CV-02561-EJD |
| Plaintiff, | **JOINT MOTION TO DISMISS** |
| v. | |
| 24-7 Intouch, and Ascenda USA, Inc., | |
| Defendants. | |

Pursuant to a Settlement Agreement, 24/7 Customer, Inc., 24-7 Intouch, Incorporated, and Ascenda USA, Inc., by and through their respective counsel of record, hereby respectfully request that the Court dismiss the above-captioned action as follows:

1. All claims, counterclaims, and defenses in the above-captioned Action are dismissed with prejudice; and
2. Each party will bear its own costs and attorney's fees.
3. The Clerk shall close this file.

Dated: January 8, 2016                **O'MELVENY & MYERS LLP**

By: */s/ Mark E. Miller*
    Mark E. Miller
    Attorneys for Plaintiff 24/7 Customer, Inc.

Dated: January 8, 2016                **SINGER / BEA LLP**

By: */s/ Benjamin L. Singer*
    Benjamin L. Singer
    Attorneys for Defendants 24-7 Intouch and Ascenda USA, Inc.

**ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the filing of this document has been obtained from Benjamin Singer.

By: s/ *Mark E. Miller*
    Mark E. Miller